IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 NOV 27 A 11: 08

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

| | | |
|---|---|---|
| Charles Raymond Dietz, Sr. | * | |
| Plaintiff(s) | * | |
| vs. | * | Civil Action No. JFM-01-3292 |
| Cigna Retirement Investment Services | * | |
| Defendant(s) | * | |

*******

## ORDER

Upon consideration of [Plaintiff or Defendant]'s motion for appointment of counsel, it is, this 27th day of November 20 01, hereby **ORDERED** that:

1. The motion for appointment of counsel is **Granted**; and

2. The Clerk is directed to **provide a copy of this Order to the CJA Supervising Attorney** for assignment of this case to *pro bono* counsel drawn from the Court's list.

_____
J. Frederick Motz
United States District Judge

(Rev. 03/2001) Assign Counsel Order