IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHARLES RAYMOND DIETZ, SR. | * |
| v. | * Civil No. JFM-01-3292 |
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY | * |

*****

ORDER

As stated in the accompanying memorandum, it is, this _17_ day of January 2002

ORDERED

1. The motion to dismiss or for summary judgment filed by CIGNA Retirement Investment Services is treated as one to dismiss and, as such, is granted;

2. Connecticut General Life Insurance Company is substituted as the party defendant for CIGNA Retirement Investment Services;

3. Plaintiff's motion for summary judgment is denied;

4. The motion for summary judgment filed by Connecticut General Life Insurance Company is granted; and

5. Judgment is entered in favor of Connecticut General against plaintiff.

_____
J. Frederick Motz
United States District Judge