IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

CHARLES RAYMOND DIETZ, SR. *

         *

   v.      * Civil No. JFM-01-3292

         *

CIGNA RETIREMENT INVESTMENT *

SERVICES       *

        *****

2002 JAN 23  ⊓ 3: 00

CLERK'S OFFICE
AT BALTIMORE

_____DEPUTY

ORDER

Plaintiff has filed a motion for rehearing in which he requests leave to name the Internal

Revenue Service as a defendant. If plaintiff desires to sue the Internal Revenue Service, he

should file a new action. Accordingly, it is, this 23rd day of January 2002

  ORDERED that plaintiff's motion for rehearing be denied.

         _____

         J. Frederick Motz

         United States District Judge

